# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 13-70328-JAD |
| **Kenneth B. Miller and** | : |
| **Robin L. Miller,** | : Chapter 13 |
| Debtors | : |
| | : |
| **Robin L. Miller,** | : |
| Movant | : |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 4th day of August, 2016, a true and correct copy of the Expedited Motion of Joint-Debtor Robin L. Miller to Obtain Auto Financing dated August 4, 2016, with attached Exhibit, and a copy of the Order dated August 4, 2016, by First-Class Mail. U.S. Postage paid on the Parties on the Court's mailing matrix.

Executed on: August 4, 2016

Respectfully submitted,
__/s/Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA 15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          Beneficial Consumer Discount Company     Capital One, N.A.
0315-7                                    Aldridge Connors LLP                    Bass & Associates, P.C.
Case 13-70328-JAD                         3575 Piedmont Road NE Ste 500           3936 E. Ft. Lowell Rd, Suite #200
WESTERN DISTRICT OF PENNSYLVANIA          Atlanta, GA 30305-1623                  Tucson, AZ 85712-1083
Johnstown
Wed Nov 13 10:35:57 EST 2013

7                                         ANTIO, LLC                              Adagio Health Clearfield
U.S. Bankruptcy Court                     C O WEINSTEIN AND RILEY, PS             960 Penn Avenue
5414 U.S. Steel Tower                     2001 WESTERN AVENUE, STE 400            Pittsburgh, PA 15222-3812
600 Grant Street                          SEATTLE, WA 98121-3132
Pittsburgh, PA 15219-2703

Ally Financial                            Ally Financial                          Beneficial
200 Renaissance Center                    PO Box 130424                           P.O. Box 5240
Detroit, MI 48243-1300                    Roseville, MN 55113-0004                Carol Stream, IL 60197-5240


CAPITAL ONE BANK (USA), N.A.              CERASTES, LLC                           Capital Management Services, LP
PO Box 12907                              C O WEINSTEIN AND RILEY, PS             698 1/2 South Ogden Street
Norfolk VA 23541-0907                     2001 WESTERN AVENUE, STE 400            Buffalo, NY 14206-2317
                                          SEATTLE, WA 98121-3132


Capital One Bank, N.A.                    Capital One Retail Services             Capital One, N.A.
P.O. Box 71083                            P.O. Box 71106                          c/o Bass & Associates, P.C.
Charlotte, NC 28272-1083                  Charlotte, NC 28272-1106                3936 E. Ft. Lowell Road, Suite #200
                                                                                  Tucson, AZ 85712-1083


Chase Home Mortgage                       Clear Med Providers                     Clearfield EMS, Inc.
P.O. Box 78420                            P.O. Box 1260                           713 West Front Street
Phoenix, AZ 85062-8420                    Clearfield, PA 16830-5260               Clearfield, PA 16830-2975


Clearfield Hospital                       Clearfield Prof Group                   (p)DELL FINANCIAL SERVICES
P.O. Box 992                              820 Turnpike Avenue                     P O BOX 81577
Clearfield, PA 16830-0992                 Clearfield, PA 16830-1233               AUSTIN TX 78708-1577


Discover                                  Discover Bank                           EIS Collections
P.O. Box 71084                            DB Servicing Corporation                P.O. Box 1730
Charlotte, NC 28272-1084                  PO Box 3025                             Reynoldsburg, OH 43068-8730
                                          New Albany, OH  43054-3025


GECRB/JCP                                 HSBC Card Services                      HSBC MORTGAGE SERVICING, INC.
P.O. Box 960090                           P.O. Box 71104                          POST OFFICE BOX 21188
Orlando, FL 32896-0090                    Charlotte, NC 28272-1104                EAGAN,MINNESOTA 55121-0188


Holiday Financial Services                Internal Revenue Service                JPMorgan Chase Bank, National Association
1800 Daisy Street                         Centralized Insolvency Operation        Chase Home Finance, LLC
P.O. Box 209                              P.O. Box 7346                           Attn: OH4-7302
Clearfield Mall Unit #350                 Philadelphia, PA 19101-7346             3415 Vision Drive
Clearfield, PA 16830-0209                                                         Columbus, OH 43219-6009
```

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197-4450

Lowe's/GECRB
P.O. Box 530914
Atlanta, GA 30353-0914

Northwest Consumer Discount Company
16 North Second Street
P.O. Box 432
Clearfield, PA 16830-0432

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain Financial
280 Commons Drive
Du Bois, PA 15801-3808

PA Collection Service
P.O. Box 893
Washington, PA 15301-0893

PSECU
P.O. Box 67013
Harrisburg, PA 17106-7013

Penn Credit
916 S. 14th Street
P.O. Box 988
Harrisburg, PA 17108-0988

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radio Shack
P.O. Box 6497
Sioux Falls, SD 57117-6497

Rjm Acquisitions Llc
575 Underhill Blvd, Suite 224
Syosset, NY 11791-4437

Shipley Energy
550 East King Street
P.O. Box 946
York, PA 17405-0946

Thomas A. Carnevale, MD
807 Turnpike Avenue
Clearfield, PA 16830-1239

Tractor Supply
Attn: Customer Service
200 Powell Place
Brentwood, TN 37027-7514

United Refining Company
P.O. Box 599
Warren, PA 16365-0599

Walmart Discover/GECRB
P.O. Box 960024
Orlando, FL 32896-0024

Wells Fargo Bank NA
PO Box 10438
Des Moines IA    50306-0438

Wells Fargo financial Cards
P.O. Box 660041
Dallas, TX 75266-0041

Kenneth B Miller
104 Beth Lane
Woodland, PA 16881-8314

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Robin L Miller
104 Beth Lane
Woodland, PA 16881-8314

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

(d)Dell Preferred Account
Payment Processing Center
P.O. Box 6403
Carol Stream, IL 60197

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION         End of Label Matrix
                                                     Mailable recipients    51
                                                     Bypassed recipients     1
                                                     Total                  52