# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **Bankruptcy No. 13-70328-JAD** |
| **Kenneth B. Miller and** | **:** | |
| **Robin L. Miller,** | **:** | **Chapter 13** |
| **Debtors** | **:** | |
| | **:** | **Docket No. 75** |
| **Robin L. Miller,** | **:** | |
| **Movant** | **:** | **Hearing Date & Time: August 12, 2016** |
| | **:** | **10:00 AM** |
| **vs.** | **:** | |
| | **:** | |
| **Antio, LLC,** | **:** | |
| **Adagio Health Clearfield,** | **:** | |
| **Ally Financial,** | **:** | |
| **Beneficial,** | **:** | |
| **Cerastes, LLC,** | **:** | |
| **Capital Management Services, LP** | **:** | |
| **Capital One, N.A.,** | **:** | |
| **Clear Med Providers,** | **:** | |
| **Clearfield EMS, Inc.,** | **:** | |
| **Clearfield Hospital,** | **:** | |
| **Clearfield Prof Group,** | **:** | |
| **Dell Financial Services, LLC,** | **:** | |
| **Discover Bank,** | **:** | |
| **EIS Collections,** | **:** | |
| **GECRB/JCP,** | **:** | |
| **HSBC Card Services,** | **:** | |
| **HSBC Mortgage Servicing, Inc.,** | **:** | |
| **Holiday Financial Services,** | **:** | |
| **Internal Revenue Service,** | **:** | |
| **JPMorgan Chase Bank, N.A.,** | **:** | |
| **John Deere Financial,** | **:** | |
| **Lowe's/GECRB,** | **:** | |
| **Northwest Consumer Discount,** | **:** | |
| **OneMain Financial,** | **:** | |
| **PA Collection Service,** | **:** | |
| **PSECU,** | **:** | |
| **Penn Credit,** | **:** | |
| **Portfolio Recovery Associates,** | **:** | |
| **Radio Shack,** | **:** | |
| **RJM Acquisitions, LLC,** | **:** | |
| **Shipley Energy,** | **:** | |
| **Thomas A. Carnevale, MD,** | **:** | |
| **Tractor Supply,** | **:** | |
| **United Refining Company,** | **:** | |
| **Walmart Discover/GECRB,** | **:** | |
| **Wells Fargo Bank, N.A.,** | **:** | |
| **Respondents** | **:** | |
| | **:** | |

|  |  |
|---|---|
| and | : |
| **Ronda J. Winnecour, Esquire,** | : |
| **Chapter 13 Trustee,** | : |
| Additional Respondent | : |

### CERTIFICATION OF NO OBJECTION REGARDING EXPEDITED MOTION OF JOINT-DEBTOR ROBIN L. MILLER TO OBTAIN AUTO FINANCING

The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Expedited Motion of Joint-Debtor Robin L. Miller to Obtain Auto Financing filed on August 4, 2016, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Expedited Motion of Joint-Debtor Robin L. Miller to Obtain Auto Financing appears thereon. Pursuant to the Notice of Hearing, objections to the Expedited Motion of Joint-Debtor Robin L. Miller to Obtain Auto Financing were to be filed and served no later than August 11, 2016 at 12:00 PM.

It is hereby respectfully requested that the Order attached to the Expedited Motion of Joint-Debtor Robin L. Miller to Obtain Auto Financing be entered by the Court.

Dated: August 11, 2016            /s/ Kenneth P. Seitz, Esquire
                                  Kenneth P. Seitz, Esquire
                                  PA I.D. # 81666
                                  The Law Offices of Kenny P. Seitz
                                  P.O. Box 211
                                  Ligonier, PA 15658
                                  (814) 536-7470