# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | KENNETH B & ROBIN L MILLER |
| Case Number: | 13-70328-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, AUGUST 12, 2016 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Expedited Motion To Obtain Auto Financing filed by Joint Debtor Robin L. Miller - No Response Filed [Due 8/11/2016 at Noon]
R / M #:  72 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Kenneth P. Seitz, Esq.
CREDITOR:

## Proceedings:

__✓__ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY / JURY
    _____ Simple / Pretrial Order - NONJURY / JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

- o/e 8/15/2016 granting motion

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
8/15/16 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA