## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 13-70328-JAD |
| Kenneth B. Miller and | : | |
| Robin L. Miller, | : | Chapter 13 |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED SEPTEMBER 1, 2016

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 6th day of September, 2016, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated September 1, 2016, the Amended Chapter 13 Plan dated September 1, 2016, along with a copy of the Order dated September 2, 2016, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Executed on: September 6, 2016 | __/s/ Kenneth P. Seitz, Esquire_ |
|  | Kenneth P. Seitz, Esquire |
|  | PA I.D. # 81666 |
|  | Law Offices of Kenny P. Seitz |
|  | P. O. Box 211 |
|  | Ligonier, PA  15658 |
|  | (814) 536-7470 |
|  | Attorney for Debtors |

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          Beneficial Consumer Discount Company      Capital One, N.A.
0315-7                                    Aldridge Connors LLP                     Bass & Associates, P.C.
Case 13-70328-JAD                         3575 Piedmont Road NE Ste 500            3936 E. Ft. Lowell Rd, Suite #200
WESTERN DISTRICT OF PENNSYLVANIA          Atlanta, GA 30305-1623                   Tucson, AZ 85712-1083
Johnstown
Wed Nov 13 10:35:57 EST 2013

7                                         ANTIO, LLC                               Adagio Health Clearfield
U.S. Bankruptcy Court                     C O WEINSTEIN AND RILEY, PS              960 Penn Avenue
5414 U.S. Steel Tower                     2001 WESTERN AVENUE, STE 400             Pittsburgh, PA 15222-3812
600 Grant Street                          SEATTLE, WA 98121-3132
Pittsburgh, PA 15219-2703

Ally Financial                            Ally Financial                           Beneficial
200 Renaissance Center                    PO Box 130424                            P.O. Box 5240
Detroit, MI 48243-1300                    Roseville, MN 55113-0004                 Carol Stream, IL 60197-5240


CAPITAL ONE BANK (USA), N.A.              CERASTES, LLC                            Capital Management Services, LP
PO Box 12907                              C O WEINSTEIN AND RILEY, PS              698 1/2 South Ogden Street
Norfolk VA 23541-0907                     2001 WESTERN AVENUE, STE 400             Buffalo, NY 14206-2317
                                          SEATTLE, WA 98121-3132

Capital One Bank, N.A.                    Capital One Retail Services              Capital One, N.A.
P.O. Box 71083                            P.O. Box 71106                           c/o Bass & Associates, P.C.
Charlotte, NC 28272-1083                  Charlotte, NC 28272-1106                 3936 E. Ft. Lowell Road, Suite #200
                                                                                   Tucson, AZ 85712-1083

Chase Home Mortgage                       Clear Med Providers                      Clearfield EMS, Inc.
P.O. Box 78420                            P.O. Box 1260                            713 West Front Street
Phoenix, AZ 85062-8420                    Clearfield, PA 16830-5260                Clearfield, PA 16830-2975

Clearfield Hospital                       Clearfield Prof Group                    (p)DELL FINANCIAL SERVICES
P.O. Box 992                              820 Turnpike Avenue                      P O BOX 81577
Clearfield, PA 16830-0992                 Clearfield, PA 16830-1233                AUSTIN TX 78708-1577

Discover                                  Discover Bank                            EIS Collections
P.O. Box 71084                            DB Servicing Corporation                 P.O. Box 1730
Charlotte, NC 28272-1084                  PO Box 3025                              Reynoldsburg, OH 43068-8730
                                          New Albany, OH  43054-3025

GECRB/JCP                                 HSBC Card Services                       HSBC MORTGAGE SERVICING, INC.
P.O. Box 960090                           P.O. Box 71104                           POST OFFICE BOX 21188
Orlando, FL 32896-0090                    Charlotte, NC 28272-1104                 EAGAN,MINNESOTA 55121-0188

Holiday Financial Services                Internal Revenue Service                 JPMorgan Chase Bank, National Association
1800 Daisy Street                         Centralized Insolvency Operation         Chase Home Finance, LLC
P.O. Box 209                              P.O. Box 7346                            Attn: OH4-7302
Clearfield Mall Unit #350                 Philadelphia, PA 19101-7346              3415 Vision Drive
Clearfield, PA 16830-0209                                                          Columbus, OH 43219-6009
```

```
John Deere Financial                Lowe's/GECRB                      Northwest Consumer Discount Company
P.O. Box 4450                       P.O. Box 530914                   16 North Second Street
Carol Stream, IL 60197-4450         Atlanta, GA 30353-0914            P.O. Box 432
                                                                      Clearfield, PA 16830-0432


Office of the United States Trustee OneMain Financial                 PA Collection Service
Liberty Center.                     280 Commons Drive                 P.O. Box 893
1001 Liberty Avenue, Suite 970      Du Bois, PA 15801-3808            Washington, PA 15301-0893
Pittsburgh, PA 15222-3721


PSECU                               Penn Credit                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. Box 67013                      916 S. 14th Street                PO BOX 41067
Harrisburg, PA 17106-7013           P.O. Box 988                      NORFOLK VA 23541-1067
                                    Harrisburg, PA 17108-0988


Radio Shack                         Rjm Acquisitions Llc              Shipley Energy
P.O. Box 6497                       575 Underhill Blvd, Suite 224     550 East King Street
Sioux Falls, SD 57117-6497          Syosset, NY 11791-4437            P.O. Box 946
                                                                      York, PA 17405-0946


Thomas A. Carnevale, MD             Tractor Supply                    United Refining Company
807 Turnpike Avenue                 Attn: Customer Service            P.O. Box 599
Clearfield, PA 16830-1239           200 Powell Place                  Warren, PA 16365-0599
                                    Brentwood, TN 37027-7514


Walmart Discover/GECRB              Wells Fargo Bank NA               Wells Fargo financial Cards
P.O. Box 960024                     PO Box 10438                      P.O. Box 660041
Orlando, FL 32896-0024              Des Moines IA   50306-0438        Dallas, TX 75266-0041


Kenneth B Miller                    Kenneth P. Seitz                  Robin L Miller
104 Beth Lane                       Law Offices of Kenny P. Seitz     104 Beth Lane
Woodland, PA 16881-8314             P.O. Box 211                      Woodland, PA 16881-8314
                                    Ligonier, PA 15658-0211


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Dell Financial Services, LLC        (d)Dell Preferred Account         Portfolio Recovery Associates, LLC
Resurgent Capital Services          Payment Processing Center         PO Box 12914
PO Box 10390                        P.O. Box 6403                     Norfolk VA 23541
Greenville, SC 29603-0390           Carol Stream, IL 60197
```

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION     End of Label Matrix
                                                 Mailable recipients    51
                                                 Bypassed recipients     1
                                                 Total                  52