# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                        :
                                                               : CASE NO. 13-70328-JAD
    Kenneth B. Miller and                           :
    Robin L. Miller,                                       :
                **Debtors**               : CHAPTER 13
                                                                :
                                                                :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

      I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 6th day of September, 2016, a true and correct copy of the Order dated September 2, 2016, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

        COMMONWEALTH OF PENNSYLVANIA
        BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
        P.O. BOX 8006
        HARRISBURG, PA 17105

        KENNETH B. MILLER
        ROBIN L. MILLER
        104 BETH LANE
        WOODLAND, PA 16881

      Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>September 6, 2016</u>

                                                          Respectfully submitted,
                                                         <u>  /s/Kenneth P. Seitz, Esquire  </u>
                                                         Kenneth P. Seitz, Esquire
                                                         PA I.D. # 81666
                                                         The Law Offices of Kenny P. Seitz
                                                         P. O. Box 211
                                                         Ligonier, PA  15658
                                                          (814) 536-7470
                                                         Attorney for Debtors