# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :
                                         : **Bankruptcy No. 13-70328-JAD**
**Kenneth B. Miller and**                :
**Robin L. Miller,**                     : **Chapter 13**
      **Debtors**    :
                                         :
                                         :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of October, 2016, a true and correct copy of the Order dated October 17, 2016, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    COMMONWEALTH OF PENNSYLVANIA
    BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
    P.O. BOX 8006
    HARRISBURG, PA 17105

    KENNETH B. MILLER
    ROBIN L. MILLER
    104 BETH LANE
    WOODLAND, PA 16881

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| Executed on: <u>October 18, 2016</u> | Respectfully submitted,<br>/s/Kenneth P. Seitz, Esquire<br>Kenneth P. Seitz, Esquire<br>PA I.D. # 81666<br>The Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470<br>Attorney for Debtors |