# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kenneth B Miller and Robin L Miller  
     Debtor(s)

CHAPTER 13

BKY. NO. 13-70328

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1276

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**  
James C. Warmbrodt, Esquire  
jwarmbrodt@kmllawgroup.com  
Attorney I.D. No. 42524  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-825-6306  
Fax: 215-825-6406  
Attorney for Movant/Applicant