**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/03/2018

IN RE:

KENNETH B MILLER
ROBIN L MILLER
104 BETH LANE
WOODLAND, PA 16881
XXX-XX-6322         Debtor(s)

XXX-XX-1973

Case No.13-70328 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/3/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **ECAST SETTLEMENT CORP**<br>PO BOX 28136<br>NEW YORK, NY 10087-8136 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: SURR/PL*0/CL*DKT*W/44 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1678 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 2   INT %: 6.00%<br>Court Claim Number: 8<br>CLAIM: 7,380.12<br>COMMENT: SURR/AMD PL*9914.18CL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9279 |
| **SPRINGCASTLE CREDIT FUNDING TRUST**<br>C/O SPRINGLEAF FINANCIAL SVCS(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 7-2<br>CLAIM: 11,448.51<br>COMMENT: C7$GOV@6%MDF/PL*2ND*DKT*W41*PRIN BAL*AMD | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8616 |
| **JPMORGAN CHASE BANK NA**<br>C/O CHASE HOME FINANCE LLC<br>3415 VISION DR - OH4-7119<br>COLUMBUS, OH 43219 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CHASE HM MRTG/PL*1ST*DKT4PMT-LMT*BGN 6/13*DFCTV CL! | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: ...1276 |
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number:<br>CLAIM: 9,550.00<br>COMMENT: $@6%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: ...4109 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 930.22<br>COMMENT: 931/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6322 |
| **ADAGIO HEALTH INC**<br>960 PENN AVE<br>STE 600<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8121 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,118.88<br>COMMENT: 1573/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5894 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 2,910.99<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7794 |
| **CLEAR MED PROVIDERS**<br>POB 1260<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2280 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **CLEARFIELD EMS**<br>713 W FRONT ST<br><br>CLEARFIELD, PA 16830 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7938 |
| **CLEARFIELD HOSPITAL**<br>POB 992<br><br>CLEARFIELD, PA 16830 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...040H |
| **CLEARFIELD HOSPITAL**<br>POB 992<br><br>CLEARFIELD, PA 16830 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...593H |
| **CLEARFIELD HOSPITAL**<br>POB 992<br><br>CLEARFIELD, PA 16830 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...835H |
| **CLEARFIELD PROFESSIONAL GROUP**<br>820 TURNPIKE AVE<br><br>CLEARFIELD, PA 16830 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9792 |
| **CLEARFIELD PROFESSIONAL GROUP**<br>820 TURNPIKE AVE<br><br>CLEARFIELD, PA 16830 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9791 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br><br>GREENVILLE, SC 29603-0390 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 1,192.96<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8059 |
| **EIS COLLECTIONS++**<br>2323 ALKE CLUB DR STE 300<br><br>COLUMBUS, OH 43223 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*RADIO SHACK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9823 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 539.26<br>COMMENT: 1711/SCH*GE CAP RB/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3171 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 3,940.11<br>COMMENT: JCP/GECAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0665 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 393.97<br>COMMENT: HSBC*FR CAPITAL ONE-DOC 48 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5649 |
| **JOHN DEERE CREDIT CARD**<br>8402 EXCELSIOR DR<br>POB 5328<br><br>MADISON, WI  53705-0328 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4679 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 2,578.82<br>COMMENT: LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3179 |
| **NORTHWEST CONSUMER DISCOUNT CO****<br>100 LIBERTY ST<br>PO BOX 337<br><br>WARREN, PA  16365 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0157 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2959 |
| **PA COLLECTION SVCS++**<br>21 RED WINE DR<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*CLEARFIELD HOSP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0442 |
| **PA COLLECTION SVCS++**<br>21 RED WINE DR<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*CLEARFIELD HOSP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2674 |
| **PENN CREDIT CORP**<br>POB 988*<br><br>HARRISBURG, PA  17108 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HOSP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2722 |
| **PENN CREDIT CORP**<br>POB 988*<br><br>HARRISBURG, PA  17108 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HOSP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2722 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 10,105.59<br>COMMENT: 8183/SCH*LOAN 9*VISA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6322 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SHIPLEY ENERGY**<br>550 E KING ST<br>POB 5006<br><br>YORK, PA 17405 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4215 |
| **T A CARNEVALE MD**<br>807 TURNPIKE AVE<br><br>CLEARFIELD, PA 16830 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3023 |
| **ANTIO LLC**<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA 98124-3948 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 2,897.41<br>COMMENT: TCTTR SPPLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2163 |
| **UNITED REFINING**<br>POB 599<br><br>WARREN, PA 16365-0599 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 582.58<br>COMMENT: 8480/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6322 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 5,141.17<br>COMMENT: WALMART/DISCOVER CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4817 |
| **WELLS FARGO FINANCIAL NB**<br>PO BOX 660431<br><br>DALLAS, TX 75266-0431 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: UNS/SCH~SURR/PL*1001.77/CL*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: ...5179 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>C/O CHASE HOME FINANCE LLC<br>3415 VISION DR - OH4-7119<br><br>COLUMBUS, OH 43219 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 3,033.67<br>COMMENT: 3034@CHASE HM MRTG*1ST*DFCTV*THRU 5/13 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: ...1276 |
| **RJM ACQUISITIONS LLC*++**<br>575 UNDERHILL BLVD STE 224<br><br>SYOSSET, NY 11791 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 38.94<br>COMMENT: NT/SCH*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0388 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 4.66<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6322 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account | Claim / Comment |
|---|---|---|---|
| **SPRINGCASTLE CREDIT FUNDING TRUST**<br>C/O SPRINGLEAF FINANCIAL SVCS(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:7-2 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8616 | CLAIM: 63.68<br>COMMENT: C7$GOV@0%/CONF*2ND*NON-INT-BEARING*DKT*W3*AMD |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6322 | CLAIM: 258.10<br>COMMENT: ACCT NT/SCH*LOAN 90 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9916 | CLAIM: 10,011.76<br>COMMENT: NT/SCH |
| **ECAST SETTLEMENT CORP\*\***<br>PO BOX 28136<br>NEW YORK, NY 10087-8136 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1678 | CLAIM: 3,438.28<br>COMMENT: NO GEN UNS*FR CAPITAL ONE-DOC 45*DKT*W/1 |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br>IRVINE, CA 92619-7071 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:21 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8199 | CLAIM: 0.00<br>COMMENT: PMT/CL-PL*BGN 9-16*339.16X20+2=LMT |