IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Kenneth B. Miller | : | Case No.13-70328JAD |
| Robin L. Miller | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Springcastle Credit Funding Trust | : | |
| | : | Hearing Date |
| Respondent(s) | | |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE' MOTION TO DEEM MORTGAGE PAID IN FULL AND TO
COMPEL PRODUCTION OF PROOF OF SATISFACTION

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on May 08, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than May 29, 2018.

5/30/2018               /s/ Ronda J. Winnecour
Date                    Ronda J. Winnecour
                        Chapter 12 Trustee PA I.D.#30399
                        U.S. Steel Tower- Suite 3250
                        600 Grant Street
                        Pittsburgh PA  15219
                        cmecf@chapter13trusteewdpa.com