# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  KENNETH B MILLER<br>ROBIN L MILLER<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  KENNETH B MILLER<br>ROBIN L MILLER<br><br>       Respondents | Case No.13-70328JAD<br><br>Chapter 13<br><br>Document No. 108 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 30th day of May, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
Exec Off-Bur Of Comm Pay Op
Pob 8006
Harrisburg,PA 17105

is hereby ordered to immediately terminate the attachment of the wages of KENNETH B MILLER, social security number XXX-XX-6322. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KENNETH B MILLER.

FURTHER ORDERED:   n/a

BY THE COURT:

_____ jsf

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s)/Employer

FILED
5/30/18 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kenneth B Miller  
Robin L Miller  
    Debtors

Case No. 13-70328-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 1     Date Rcvd: May 30, 2018  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
```
db            +Kenneth B Miller,    104 Beth Lane,    Woodland, PA 16881-8314
jdb           +Robin L Miller,    104 Beth Lane,    Woodland, PA 16881-8314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Robin L Miller thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Kenneth B Miller thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```