**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kenneth B Miller
Robin L Miller**
Debtor(s)

Bankruptcy Case No.: 13–70328–JAD

Chapter: 13
Docket No.: 116 – 115

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 27th of July, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/11/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/21/18 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/11/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                    Case No. 13-70328-JAD
Kenneth B Miller                                                          Chapter 13
Robin L Miller
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                    Page 1 of 2           Date Rcvd: Jul 30, 2018
                              Form ID: 408                  Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db/jdb         +Kenneth B Miller,    Robin L Miller,   104 Beth Lane,    Woodland, PA 16881-8314
aty            +John D. Schlotter,    Aldridge Connors, LLP,    15 Piedmont Center,    3575 Piedmont Road, NE,
                 Suite 500,    Atlanta, GA 30305-1636
cr             +Beneficial Consumer Discount Company,    Aldridge Connors LLP,    3575 Piedmont Road NE Ste 500,
                 Atlanta, GA 30305-1623
cr              JP Morgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
                 Mail Code LA4-5555, 700 Kansas Lane,    Monroe, LA   71203
13629213       +Adagio Health Clearfield,    960 Penn Avenue,   Pittsburgh, PA 15222-3812
13629215       +Beneficial,    P.O. Box 5240,   Carol Stream, IL 60197-5240
13712136       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13629241      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Tractor Supply,    Attn: Customer Service,    200 Powell Place,
                 Brentwood, TN 37027)
13629219       +Chase Home Mortgage,    P.O. Box 78420,   Phoenix, AZ 85062-8420
13629220       +Clear Med Providers,    P.O. Box 1260,   Clearfield, PA 16830-5260
13629221       +Clearfield EMS, Inc.,    713 West Front Street,    Clearfield, PA 16830-2975
13629222       +Clearfield Hospital,    P.O. Box 992,   Clearfield, PA 16830-0992
13629223       +Clearfield Prof Group,    820 Turnpike Avenue,    Clearfield, PA 16830-1233
13639629      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13629226       +EIS Collections,    P.O. Box 1730,   Reynoldsburg, OH 43068-8730
13629229       +HSBC Card Services,    P.O. Box 71104,   Charlotte, NC 28272-1104
13658089       +HSBC MORTGAGE SERVICING, INC.,    POST OFFICE BOX 21188,    EAGAN,MINNESOTA 55121-0188
13629228       +Holiday Financial Services,    1800 Daisy Street,    P.O. Box 209,   Clearfield Mall Unit #350,
                 Clearfield, PA 16830-0209
13708598       +JPMorgan Chase Bank, National Association,    Chase Home Finance, LLC,    Attn: OH4-7302,
                 3415 Vision Drive,    Columbus, OH 43219-6009
13629231       +John Deere Financial,    P.O. Box 4450,   Carol Stream, IL 60197-4450
13629236       +Penn Credit,    916 S. 14th Street,   P.O. Box 988,    Harrisburg, PA 17108-0988
13629238       +Radio Shack,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
13629239       +Shipley Energy,    550 East King Street,   P.O. Box 946,    York, PA 17405-0946
13629240       +Thomas A. Carnevale, MD,    807 Turnpike Avenue,    Clearfield, PA 16830-1239
13648259        Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA    50306-0438
13629244       #+Wells Fargo financial Cards,    P.O. Box 660041,    Dallas, TX 75266-0041
13853122        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Jul 31 2018 02:14:28     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Jul 31 2018 02:14:28     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13690748       +E-mail/Text: bncmail@w-legal.com Jul 31 2018 02:15:29     ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13659497        E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2018 02:14:29     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13629214       +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2018 02:14:29     Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
13671173       +E-mail/Text: bncmail@w-legal.com Jul 31 2018 02:15:29     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14290809       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 31 2018 02:15:30
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
13629216       +E-mail/Text: cms-bk@cms-collect.com Jul 31 2018 02:14:44     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13629217       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2018 02:11:28
                 Capital One Bank, N.A.,    P.O. Box 71083,   Charlotte, NC 28272-1083
13629218       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2018 02:10:29
                 Capital One Retail Services,    P.O. Box 71106,   Charlotte, NC 28272-1106
13718103       +E-mail/Text: bnc@bass-associates.com Jul 31 2018 02:14:27     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13629225       +E-mail/Text: mrdiscen@discover.com Jul 31 2018 02:14:34     Discover,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13636306        E-mail/Text: mrdiscen@discover.com Jul 31 2018 02:14:34     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
13629227       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2018 02:12:31     GECRB/JCP,    P.O. Box 960090,
                 Orlando, FL 32896-0090
13629230        E-mail/Text: cio.bncmail@irs.gov Jul 31 2018 02:14:41     Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13629232       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2018 02:12:31     Lowe's/GECRB,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13629234       +E-mail/PDF: cbp@onemainfinancial.com Jul 31 2018 02:12:29     OneMain Financial,
                 280 Commons Drive,    Du Bois, PA 15801-3808
```

```
District/off: 0315-7          User: jfur                Page 2 of 2                  Date Rcvd: Jul 30, 2018
                              Form ID: 408              Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13710568        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2018 02:28:54
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13875443       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2018 02:12:36
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13629237       +E-mail/Text: bankruptcynotices@psecu.com Jul 31 2018 02:15:47       PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
14089300        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2018 02:12:30       Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
13629242       +E-mail/Text: jsprentz@urc.com Jul 31 2018 02:16:03       United Refining Company,    P.O. Box 599,
                 Warren, PA 16365-0599
13629243       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2018 02:10:26       Walmart Discover/GECRB,
                 P.O. Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr              JPMorgan Chase Bank, National Association
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13629224*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Preferred Account,    Payment Processing Center,    P.O. Box 6403,
                 Carol Stream, IL 60197)
13716854*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
13629233      ##+Northwest Consumer Discount Company,    16 North Second Street,    P.O. Box 432,
                 Clearfield, PA 16830-0432
13629235      ##+PA Collection Service,    P.O. Box 893,    Washington, PA 15301-0893
13640353      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 2, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Robin L Miller thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Kenneth B Miller thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```