## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    KENNETH B MILLER
    ROBIN L MILLER
          Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
          Movant
          vs.
    No Repondents.

Case No.:13-70328 JAD

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2018

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 05/01/2013  and confirmed on 7/15/13 .  The case was subsequently            Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 97,069.11 |
| Less Refunds to Debtor | | 1,994.22 | |
| TOTAL AMOUNT OF PLAN FUND | | | 95,074.89 |
| | | | |
| **Administrative Fees** | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 3,210.00 | |
| Trustee Fee | | 3,747.51 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 6,957.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 42,957.28 | 0.00 | 42,957.28 |
| Acct: XXX1276 | | | | |
| JPMORGAN CHASE BANK NA | 3,033.67 | 3,033.67 | 0.00 | 3,033.67 |
| Acct: 1276 | | | | |
| ECAST SETTLEMENT CORP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1678 | | | | |
| WELLS FARGO FINANCIAL NATIONAL BA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5179 | | | | |
| ALLY FINANCIAL(*) | 7,380.12 | 7,380.12 | 1,354.35 | 8,734.47 |
| Acct: 9279 | | | | |
| HOLIDAY FINANCIAL SERVICES | 8,924.34 | 8,924.34 | 1,543.61 | 10,467.95 |
| Acct: XXX4109 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 7,461.52 | 0.00 | 7,461.52 |
| Acct: 8199 | | | | |
| SPRINGCASTLE CREDIT FUNDING TRUS | 11,448.51 | 11,448.51 | 1,920.13 | 13,368.64 |
| Acct: 8616 | | | | |
| SPRINGCASTLE CREDIT FUNDING TRUS | 63.68 | 63.68 | 0.00 | 63.68 |
| Acct: 8616 | | | | |
| | | | | 86,087.21 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,210.00 | 3,210.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH B MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH B MILLER | 1,595.08 | 1,595.08 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH B MILLER | 399.14 | 399.14 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 930.22 | 930.22 | 0.00 | 930.22 |
| Acct: 6322 | | | | |
| CLERK, U S BANKRUPTCY COURT | 0.95 | 0.95 | 0.00 | 0.95 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 931.17 |
| **Unsecured** | | | | |
| ADAGIO HEALTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8121 | | | | |
| DISCOVER BANK(*) | 1,118.88 | 27.26 | 0.00 | 27.26 |
| Acct: 5894 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,910.99 | 70.91 | 0.00 | 70.91 |
| Acct: 7794 | | | | |
| CLEAR MED PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2280 | | | | |
| CLEARFIELD EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7938 | | | | |
| CLEARFIELD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX040H | | | | |
| CLEARFIELD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX593H | | | | |
| CLEARFIELD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX835H | | | | |
| CLEARFIELD PROFESSIONAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9792 | | | | |
| CLEARFIELD PROFESSIONAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9791 | | | | |
| DELL FINANCIAL SERVICES LLC | 1,192.96 | 29.06 | 0.00 | 29.06 |
| Acct: XXX8059 | | | | |
| EIS COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9823 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 539.26 | 13.14 | 0.00 | 13.14 |
| Acct: 3171 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,940.11 | 95.98 | 0.00 | 95.98 |
| Acct: 0665 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 393.97 | 9.60 | 0.00 | 9.60 |
| Acct: 5649 | | | | |
| JOHN DEERE CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4679 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,578.82 | 62.82 | 0.00 | 62.82 |
| Acct: 3179 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0157 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2959 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0442 | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2674 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2722 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2722 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 10,105.59 | 246.17 | 0.00 | 246.17 |
| Acct: 6322 | | | | |
| SHIPLEY ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4215 | | | | |
| T A CARNEVALE MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3023 | | | | |
| ANTIO LLC | 2,897.41 | 70.58 | 0.00 | 70.58 |
| Acct: 2163 | | | | |
| UNITED REFINING | 582.58 | 14.19 | 0.00 | 14.19 |
| Acct: 6322 | | | | |

13-70328 JAD                                                                    Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,141.17 | 125.24 | 0.00 | 125.24 |
| Acct: 4817 | | | | |
| RJM ACQUISITIONS LLC*++ | 38.94 | 0.00 | 0.00 | 0.00 |
| Acct: 0388 | | | | |
| INTERNAL REVENUE SERVICE* | 4.66 | 0.11 | 0.00 | 0.11 |
| Acct: 6322 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 258.10 | 6.29 | 0.00 | 6.29 |
| Acct: 6322 | | | | |
| CERASTES LLC | 10,011.76 | 243.89 | 0.00 | 243.89 |
| Acct: 9916 | | | | |
| ECAST SETTLEMENT CORP** | 3,438.28 | 83.76 | 0.00 | 83.76 |
| Acct: 1678 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,099.00 |

TOTAL PAID TO CREDITORS                                                88,117.38

TOTAL
CLAIMED            931.17
PRIORITY         30,850.32
SECURED         45,153.48


Date: 07/26/2018                           /s/ Ronda J. Winnecour

                                           RONDA J WINNECOUR PA ID #30399
                                           CHAPTER 13 TRUSTEE WD PA
                                           600 GRANT STREET
                                           SUITE 3250 US STEEL TWR
                                           PITTSBURGH, PA  15219
                                           (412) 471-5566
                                           cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KENNETH B MILLER
    ROBIN L MILLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-70328 JAD

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-70328-JAD
Kenneth B Miller                                                    Chapter 13
Robin L Miller
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur          Page 1 of 2          Date Rcvd: Jul 30, 2018
                             Form ID: pdf900      Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
```
db/jdb        +Kenneth B Miller,   Robin L Miller,   104 Beth Lane,   Woodland, PA 16881-8314
aty           +John D. Schlotter,   Aldridge Connors, LLP,   15 Piedmont Center,   3575 Piedmont Road, NE,
               Suite 500,   Atlanta, GA 30305-1636
cr            +Beneficial Consumer Discount Company,   Aldridge Connors LLP,   3575 Piedmont Road NE Ste 500,
               Atlanta, GA 30305-1623
cr             JP Morgan Chase Bank, N.A.,   Chase Records Center,   ATTN: Correspondence Mail,
               Mail Code LA4-5555, 700 Kansas Lane,   Monroe, LA 71203
13629213      +Adagio Health Clearfield,   960 Penn Avenue,   Pittsburgh, PA 15222-3812
13629215      +Beneficial,   P.O. Box 5240,   Carol Stream, IL 60197-5240
13712136      +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
13629241      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Tractor Supply,   Attn: Customer Service,   200 Powell Place,
               Brentwood, TN 37027)
13629219      +Chase Home Mortgage,   P.O. Box 78420,   Phoenix, AZ 85062-8420
13629220      +Clear Med Providers,   P.O. Box 1260,   Clearfield, PA 16830-5260
13629221      +Clearfield EMS, Inc.,   713 West Front Street,   Clearfield, PA 16830-2975
13629222      +Clearfield Hospital,   P.O. Box 992,   Clearfield, PA 16830-0992
13629223      +Clearfield Prof Group,   820 Turnpike Avenue,   Clearfield, PA 16830-1233
13639629      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
               PO Box 10390,   Greenville, SC 29603-0390)
13629226      +EIS Collections,   P.O. Box 1730,   Reynoldsburg, OH 43068-8730
13629229      +HSBC Card Services,   P.O. Box 71104,   Charlotte, NC 28272-1104
13658089      +HSBC MORTGAGE SERVICING, INC.,   POST OFFICE BOX 21188,   EAGAN,MINNESOTA 55121-0188
13629228      +Holiday Financial Services,   1800 Daisy Street,   P.O. Box 209,   Clearfield Mall Unit #350,
               Clearfield, PA 16830-0209
13708598      +JPMorgan Chase Bank, National Association,   Chase Home Finance, LLC,   Attn: OH4-7302,
               3415 Vision Drive,   Columbus, OH 43219-6009
13629231      +John Deere Financial,   P.O. Box 4450,   Carol Stream, IL 60197-4450
13629236      +Penn Credit,   916 S. 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
13629238      +Radio Shack,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13629239      +Shipley Energy,   550 East King Street,   P.O. Box 946,   York, PA 17405-0946
13629240      +Thomas A. Carnevale, MD,   807 Turnpike Avenue,   Clearfield, PA 16830-1239
13648259       Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA  50306-0438
13629244      #+Wells Fargo financial Cards,   P.O. Box 660041,   Dallas, TX 75266-0041
13853122       eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bnc@bass-associates.com Jul 31 2018 02:14:28   Capital One, N.A.,
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             E-mail/Text: bnc@bass-associates.com Jul 31 2018 02:14:28   eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13690748      +E-mail/Text: bncmail@w-legal.com Jul 31 2018 02:15:29   ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13659497       E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2018 02:14:29   Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
13629214      +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2018 02:14:29   Ally Financial,
               200 Renaissance Center,   Detroit, MI 48243-1300
13671173      +E-mail/Text: bncmail@w-legal.com Jul 31 2018 02:15:29   CERASTES, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14290809      +E-mail/Text: bankruptcy@consumerportfolio.com Jul 31 2018 02:15:30
               CONSUMER PORTFOLIO SERVICES, INC.,   P.O. Box 57071,   IRVINE, CA. 92619-7071
13629216      +E-mail/Text: cms-bk@cms-collect.com Jul 31 2018 02:14:44   Capital Management Services, LP,
               698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
13629217      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2018 02:10:29
               Capital One Bank, N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13629218      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2018 02:12:35
               Capital One Retail Services,   PO Box 71083,   Charlotte, NC 28272-1106
13718103      +E-mail/Text: bnc@bass-associates.com Jul 31 2018 02:14:28   Capital One, N.A.,
               c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13629225      +E-mail/Text: mrdiscen@discover.com Jul 31 2018 02:14:34   Discover,   P.O. Box 71084,
               Charlotte, NC 28272-1084
13636306       E-mail/Text: mrdiscen@discover.com Jul 31 2018 02:14:34   Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13629227      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2018 02:12:33   GECRB/JCP,   P.O. Box 960090,
               Orlando, FL 32896-0090
13629230       E-mail/Text: cio.bncmail@irs.gov Jul 31 2018 02:14:42   Internal Revenue Service,
               Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13629232      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2018 02:10:27   Lowe's/GECRB,   P.O. Box 530914,
               Atlanta, GA 30353-0914
13629234      +E-mail/Text: cbp@onemainfinancial.com Jul 31 2018 02:11:24   OneMain Financial,
               280 Commons Drive,   Du Bois, PA 15801-3808
```

District/off: 0315-7          User: jfur            Page 2 of 2           Date Rcvd: Jul 30, 2018
                             Form ID: pdf900        Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13710568          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2018 02:11:31
                  Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13875443         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2018 02:11:32
                  PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13629237         +E-mail/Text: bankruptcynotices@psecu.com Jul 31 2018 02:15:48     PSECU,   P.O. Box 67013,
                  Harrisburg, PA 17106-7013
14089300          E-mail/PDF: cbp@onemainfinancial.com Jul 31 2018 02:12:30     Springleaf Financial Services,
                  PO Box 3251,   Evansville, IN 47731
13629242         +E-mail/Text: jsprent@urc.com Jul 31 2018 02:16:03     United Refining Company,   P.O. Box 599,
                  Warren, PA 16365-0599
13629243         +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2018 02:11:27     Walmart Discover/GECRB,
                  P.O. Box 960024,   Orlando, FL 32896-0024
                                                                               TOTAL: 23


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr           JPMorgan Chase Bank, National Association
cr*         +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13629224*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Preferred Account,   Payment Processing Center,   P.O. Box 6403,
              Carol Stream, IL 60197)
13716854*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13629233    ##+Northwest Consumer Discount Company,   16 North Second Street,   P.O. Box 432,
              Clearfield, PA 16830-0432
13629235    ##+Pa Collection Service,   P.O. Box 893,   Washington, PA 15301-0893
13640353    ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                       TOTALS: 2, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                          Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          James Warmbrodt   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz   on behalf of Joint Debtor Robin L Miller  thedebterasers@aol.com
          Kenneth P. Seitz   on behalf of Debtor Kenneth B Miller  thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                   TOTAL: 6